Merchants National Bank of Plattsburgh, New York, Appellant and Respondent, *v.* R. Prescott & Son, Inc., Respondent and Appellant.

(Argued January 9, 1930; decided February 11, 1930.)

*Benjamin F. Feinberg* and *Harold A. Jerry* for plaintiff-appellant and respondent.

*Thomas F. Conway, Thomas E. O'Brien* and *William F. Pritchard* for defendant-respondent and appellant.

Upon appeal by defendant, judgment affirmed, with costs. Upon appeal by plaintiff, appeal dismissed, without costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, O'BRIEN and HUBBS, JJ. Not sitting: KELLOGG, J.